### 1974.   ALLEN v. THE STATE.

RUSSELL, J.  This case is identical with that of *Manus* v. *State*, ante, and is controlled thereby.                                    *Judgment affirmed.*

Certiorari; from Fulton superior court—Judge Ellis.   May 25, 1909.

Argued July 14, 1909.—Decided February 10, 1910.

*Anderson, Felder, Rountree & Wilson*, for plaintiff in error.

*C. D. Hill*, solicitor-general, *Lowry Arnold*, solicitor, *D. K. Johnston*, contra.